UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY CLYDE MURRAY #245927,

      Plaintiff(s),

v.

      CIVIL ACTION
      NO. **03-75130**
      HON. JOHN CORBETT O'MEARA

OFFICER SWIFT,

      Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

      This matter has come before the Court on the Magistrate Judge Whalen's May 6, 2005 Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including any Objections, the Court finds that the Magistrate Judge reached the correct conclusion in the Report and Recommendation. Accordingly, the Court hereby **ACCEPTS AND ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety.

      **IT IS ORDERED** that the above matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 4(m).

      s/John Corbett O'Meara
      John Corbett O'Meara
      United States District Judge

Dated: August 23, 2005

Copies: Jeffrey Clyde Murray, Christine Campbell